| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of MASSACHUSETTS_____
(State)

Case number (*If known*): _____ Chapter 11

U.S. BANKRUPTCY COURT

2024 DEC 13  A 10: 59

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (If known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   _PROTEC INSTRUMENT CORPORATION_____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _46-3942397

4. **Debtor's address**

   **Principal place of business**

   __38 EDGE HILL ROAD_____
   Number      Street

   WALTHAM, MA 02451
   City                    State      ZIP Code

   _MIDDLESEX_____
   _ County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                    State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                    State      ZIP Code

5. **Debtor's website (URL)**

Debtor ____PROTEC INSTRUMENT CORPORATION_____          Case number (if known)_____
          Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☒ Yes.  District __MASSACHUSETTS_____ When 6/25/2019_____ Case number 19-12164
                                          MM / DD / YYYY

         District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor _____PROTEC INSTRUMENT CORPORATION_____          Case number (if known)_____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  PROTEC RE HOLDINGS INC_____Relationship  AFFILIATE_____

District  Eastern District of Massachusetts_____  When  _____
                                                                     MM  /  DD  / YYYY

Case number, if known  _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _a COBALT 57 Sealed Sources for the manufacturer of xray flourescent lead paint *analyzer*

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number      Street

                           _____
                           City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor ____PROTEC INSTRUMENT CORPORATION_____     Case number (if known)_____
Name

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/18/2024
MM / DD / YYYY

✗ _Verena Shreber_ (signature)     Verena Shreber
Signature of authorized representative of debtor     Printed name

Title President

**18. Signature of attorney**

✗ _____     Date _____
Signature of attorney for debtor     MM / DD / YYYY

Printed name
Firm name
Number   Street
City     State   ZIP Code
Contact phone     Email address
Bar number     State

**Fill in this information to identify the case:**

Debtor name _Protec Instrument Corporation_____

United States Bankruptcy Court for the: District of MASSACHUSETTS

(State)

Case number (If known): _____

☐ Check if this is an amended filing

U.S. BANKRUPTCY COURT

2024 DEC 18 A 11:00

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

| 2.1 | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | | |
| _Waltham Capital Partners LLC | ____All Asset Security Interest _____ | | $____1,525,000____ | $___3,400,000___ |
| **Creditor's mailing address** | | | | |
| _776 Bolyston Street, Unit 9A | | | | |
| Boston, MA 02199 | **Describe the lien** | | | |
| | _____ | | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | | |
| | ☒ No | | | |
| _____ | ☐ Yes | | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?** | | | |
| **Last 4 digits of account number** __ __ __ __ | ☐ No | | | |
| | ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | | | |
| ☒ No | ☐ Contingent | | | |
| ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Unliquidated | | | |
| | ☐ Disputed | | | |
| _____ | | | | |

| 2.2 | | | | |
| --- | --- | --- | --- | --- |
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | | |
| _____ | _____ | | $_____ | $_____ |
| **Creditor's mailing address** | | | | |
| _____ | _____ | | | |
| _____ | **Describe the lien** | | | |
| _____ | _____ | | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | | |
| | ☐ No | | | |
| _____ | ☐ Yes | | | |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?** | | | |
| **Last 4 digits of account number** __ __ __ __ | ☐ No | | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply. | | | |
| ☐ No | ☐ Contingent | | | |
| ☐ Yes. Have you already specified the relative priority? | ☐ Unliquidated | | | |
| ☐ No. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | | |
| _____ | | | | |
| ☐ Yes. The relative priority of creditors is specified on lines | | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $____1,525,000_____

Debtor _____    Case number (*if known*)_____
        Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral |
| | | *Do not deduct the value of collateral.* | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____     $_____     $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2._** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____     $_____     $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor _____    Case number (if known)_____
Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |

Debtor name *Pester Instrument Corp*

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                      12

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Eversource, 300 Cadwell Drive, Springfield MA 01104 | | UTILITY | | | | 30,000 |
| 2 | Harvard Pilgrim 93 Worcester Street Wellesley MA 02481 | | HEALTH INSURANCE | | | | 10,000 |
| 3 | OTIS: 11760 US Hwy 1, Ste W600 PALM BEACH FL 33408 | | TRADE | | | | |
| 4 | City of Walham, 610 MAIN STREET, WALTHAM MA 02452 | | TAXES | | | | 15000 |
| 5 | Luca Deblasio & Co: 1 Presdential Way, Suite 103, Woburn, MA 01801 | | CPA | | | | 5,000 |
| 6 | Norel Services: 1 Monarch Drive, Littleton, MA 01460 | | Alarm &Fire Monitoring | | | | 250 |
| 7 | ADT - Protection 1: 245 Winter Street, Floor 2, Waltham, MA 02451 | | Alarm &Fire Monitoring | | | | 250 |
| 8 | National Grid: 160 Newton Steet, Waltham, MA 02453 | | | | | | |

Debtor _____Protec Instrument Corporation_____    Case number (if known)_____ Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Comcast: 571 Main Street, Waltham, MA 02452 | | phone/internet | | | | 250 |
| 10  IPL: 24937 Avenue Tibbits, Valencia, CA 91355 | | TRADE | | | | 25000 |
| 11  ATT: 208 S Akard Street, DALLA, TX 75202 | | CELL PHONE | | | | 250 |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |